**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED MAR 2 0 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| UNITED STATES OF AMERICA, | CASE NO. 11CR0573-H |
|---|---|
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| CYNTHIA RODRGIUEZ (1), | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reasons that:

__X__ the defendant has complied with the terms and conditions of the Deferred Prosecution Agreement for a period of 12 months; and

__X__ the Court has granted the motion of the Government for dismissal with prejudice;

__X__ of the offense as charged in the Information:

21 U.S.C. 952 and 960 - Importation of Marijuana

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged and the case is hereby dismissed with prejudice.

DATED: 3/15/12

MARILYN L. HUFF, U.S. District Judge
UNITED STATES DISTRICT COURT